VERA CORNELL, Respondent, v. ALBERT CORNELL, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

FREDERICK VIELKIND, Respondent, v. ELDICON CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EMMA NAUGLE, Respondent, v. GEORGE NAUGLE, Appellant.— Judgment modified by reducing the amount allowed for plaintiff's support and maintenance to the sum of $15 a week and the counsel fee to the sum of $100, and as so modified affirmed, without costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant judgment for defendant. No opinion. Settle order on notice.

WALLACE A. CARD, Respondent, v. KARPARK CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ERNEST REICH, Respondent, v. GRISWOLD MANUFACTURING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 979.]

BENJAMIN KATZ, Respondent, v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 971.]

EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Respondent, v. REFINED SYRUPS AND SUGARS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [184 Misc. 941.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO LAND, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JACK GRILL, Plaintiff, v. MANUFACTURERS TRUST COMPANY, Defendant; FEDERAL RESERVE BANK OF NEW YORK et al., Impleaded Defendants; ROYAL INDUSTRIAL BANK, Impleaded Defendant-Respondent, and JACK L. STULSAFT, Impleaded Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 971.]

PHILIP R. COHEN, Respondent, v. BENJAMIN PROPP, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BAAR & BEARDS, INC., Respondent, v. WALDBURGER, GRANT & Co., INC., Appellant.— Order affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of a copy of order with notice of entry thereof on payment of said costs. No opinion. Present — Martin,